# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DONNA PETTYJOHN,**

    **Plaintiff,**

v.                                                                          **No. 19-cv-0560 SMV**

**ANDREW SAUL,[1]**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER FOR SUPPLEMENTAL INFORMATION

THIS MATTER is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* [Doc. 2], filed on June 17, 2019. In the Application, Plaintiff avers that her marital status is "separated." However, she gives no information regarding her spouse's income and assets, in which she presumably has a community property interest and, thus, should be considered in determining her indigency.

**IT IS THEREFORE ORDERED** that, **no later than July 22, 2019**, Plaintiff supplement her Application with her spouse's financial information by completing the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)[2], or otherwise show cause why her spouse's income and assets should not be considered.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Andrew Saul is the current Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] The form is available at https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.