# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DONNA FAY PETTYJOHN,**

    **Plaintiff,**

    vs.                                                                            CIV. NO. 1:19-cv-00560-SMV

**ANDREW SAUL,**
**Commissioner of Social**
**Security,**

    **Defendant.**

## ORDER

    Defendant, the Commissioner of Social Security, by and through his counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

    Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SIGNED this  6th  of March, 2020.

*signature*

STEPHAN M. VIDMAR
United States Magistrate Judge

*Electronically submitted 3/5/20*
JENNIFER RANDALL
Special Assistant United States Attorney

*Electronically approved 3/5/20*
BARBARA JARVIS
Attorney for Plaintiff